433 A.2d 527

Commonwealth v. Donaldson, Appellant.

Submitted June 13, 1980. Theodore H. Swan, Jr., for appellant; James A. Cunningham, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, CAVANAUGH and VAN der VOORT, JJ.

Judgment of sentence affirmed.

433 A.2d 527

Commonwealth v. Halupke, Appellant.

Argued September 8, 1980. Michael Basista, for appellant; Edward Little, District Attorney, submitted a brief on behalf of Commonwealth, appellee.

Before SPAETH, HESTER and CAVANAUGH, JJ.

Judgment of sentence affirmed.